DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INFINITY AUTO INSURANCE COMPANY,**
Appellant,

v.

**SOS MEDICAL CENTER,** d/b/a Cima Medical Center
a/a/o Clendie Ulysse
Appellee.

No. 4D2025-0084

[March 5, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jacqueline Joan-Marie Powell, Judge; L.T. Case No. COINX23-013525.

Gladys Perez Villanueva of Gladys Perez Villanueva, Esq., Miami Springs, for appellant.

Chad Andrew Barr and Dalton Lee Gray of Chad Barr Law, Altamonte Springs, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***